# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19. 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144783(57)

PATRICIA LEVINE, Personal
Representative of the Estate of FREDERICK
H. LEVINE, M.D., Deceased,
       Plaintiff/Counter-Defendant/
       Appellant,

v

                            SC: 144783
                            COA: 299639
                            Berrien CC: 2004-003060-CK

JAMES E. O'DORISIO, M.D.,
       Defendant/Counter-Plaintiff/
       Appellee.
_____/

     On order of the Chief Justice, the motion to remand is DENIED because it seeks substantive relief but was filed beyond the period for moving for reconsideration under MCR 7.313(F).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____       _____
                                       Clerk